UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

Angela L. Osterloh

    Plaintiff,

v.

Green Bay Oncology, Ltd.

    Defendant.

Case No. 15-C-1058

Honorable William Griesbach

### ORDER FOR DISMISSAL WITH PREJUDICE

Based upon the Stipulation of the parties, IT IS HEREBY ORDERED that the above-captioned matter is dismissed with prejudice and without costs to either party.

**SO ORDERED** this 1st day of September, 2016.

    s/ William C. Griesbach
    William C. Griesbach, Chief Judge
    United States District Court, WIED